FILE STAMP
& RETURN



RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

20,644-09

WR No. 20,644-____

Ex parte

Paul Larson

Cause Nos. 449008-C, 449008-D, 465007-C, & 465007-D

WR 20,644-04, WR 20,644-05, WR 20,644-06, WR 20,644-07, & WR 20644-08

In the Texas Court

Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

## PETITION FOR WRIT OF ERROR/BILL OF REVIEW

COMES NOW, Paul Larson, Petitioner (hereafter Larson), bringing before this Honorable Court Larson's Petition for Writ Of Error/ Bill Of Review; and, in support thereof, will show:

### JURISDICTION

A Bill of Review is a:

> "[p]roceeding in equity brought for purpose of reversing or correcting prior judgment of ... court after judgment has become final. *Rogers v. Searle*, Tex.Civ.App., 533 S.W.2d 433, 437. It is in the nature of a writ of error. A "bill of review," or a bill in the nature of a bill of review, are of three classes; those for error appearing on the face of the record, those for newly discovered evidence, and those "for fraud impeaching the original transaction. Such bills are peculiar to courts of equity." Black's Law Dictionary, Fifth Edition, page 151

Larson brings this Action based on "error appearing on the face of the record" and/or "for fraud impeaching the original transaction." If the entire record of Cause Numbers 449008-C, 449008-D , 465007-C, and 465007-D had been brought before this Honorable Court {due to the restraints on Larson's abilities to copy and/or purchase copies of the District Clerk's files, Larson has no knowledge of what records were forwarded to this Honorable Court), then the fact a subsequent Court Order filed with this Honorable Court from the 263rd District Court, after Larson filed for Mandamus Action, neither referred to nor negated an earlier Order in these Causes which stipulated that there were unresolved issues which were to be decided by the Court, requiring further Findings of Facts and Conclusions of Law (copies attached), then error does appear on the face of the record. However, if, in fact, this allegation (of Fact) is not evident from the face of the Records received from the Harris County District Clerk's Office in these Cause Numbers, the extrinsic fraud has been perpetrated upon the Petitioner and this Honorable court "impeaching the original transaction," i.e., the denial of Larson's Application For Writ Of Habeas Corpus and/or Writ Of Mandamus.

The State perpetrated further Fraud upon the Petitioner and this Honorable Court by falsely designating the June 12, 2014 Answer "Original," and intentionally mailing Larson's copy to the wrong address, delaying delivery for a month.

## PRAYER FOR RELIEF

Larson PRAYS this Honorable Court GRANT Larson's Bill Of Review, Review the entire Habeas Record, Ordering—if necessary—the Harris County District Clerk's Office to provide both the Honorable Court and the Petitioner the Complete Habeas Corpus Files in the above and Foregoing Trial Court Cause Numbers and, thereafter, GRANTING the Relief origingally PRAYED for in Larson's Applications For Writ Of Habeas Corpus; for thus Doth Petitioner PRAY.

## CERTIFICATE OF SERVICE

Service has been accomplished by mailing a true and correct copy of the foregoing instrument (Bill of Review) to the following address: Honorable Linda Garcia, Assistant District Attorney; 1201 Franklin St., suite 600; Houston, Texas 77002, on this, the 2ᵗ day of ___MARCH___, 2015.

Signed On This The 25ᵗ day of ___February___, 2015.

PAUL LARSON, Petitioner Pro Se
9 Bucan Street, #I
Houston, Texas 77076-2451

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this

25ᵗ day of February , 2015

My Commission Expires:

TONY JEROD GREEN
Notary Public, State of Texas
My Commission Expires
November 19, 2016

NOTARY PUBLIC

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: _WR - 20,644 —_

*(The Clerk's office will fill in the Cause Number when you file this form.)*

Petitioner/
Plaintiff _PAUL ALLAN LARSON_

In the *(check one):*

_____  ☐ ~~District~~ Court _of CRIMINAL APPEALS_
*(Court Number)* ☐ County Court at Law
☐ Justice of the Peace

Respondent/
Defendant _STATE of TEXAS_

_____ County, Texas
*(County)*

## Affidavit of Indigency
### *(Request to Not Pay Court Fees)*

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is _PAUL ALLAN LARSON_ , My phone number is ( _713_ ) _697-0287_

"My mailing address is _9 BUCAN ST. # 1, HOUSTON, TX, 77076-2451_

"My email address is _____

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form.
*Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② "I receive these **public benefits**/government entitlements that are based on indigency:
☐ SSI  ☐ WIC  ☒ Food Stamps/SNAP  ☐ TANF  ☐ Medicaid  ☐ CHIP  ☐ AABD
☐ Needs-based VA Pension  ☐ County Assistance, County Health Care, or General Assistance (GA)
☐ LIS in Medicare ("Extra Help")  ☐ Community Care via DADS  ☐ Low-Income Energy Assistance
☐ Emergency Assistance  ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Public Housing  ☒ Other: *(Describe)* _S.S.A. RETIREMENT BENEFITS_

*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ "My **income sources** are stated below. *(Check all that apply)*
☐ Unemployed since: *(date)* _____ -or-
☐ Wages: I work as a _____ for _____
                              *Your job title*                    *Your employer*

☐ Child/spousal support  ☐ My spouse's income or income from another member of my household *(if available)*
☐ Tips, bonuses ☐ Military Housing  ☐ Worker's Comp ☐ Disability ☐ Unemployment ☒ Social Security
☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2nd job or other income: _____
                                                                                                           *(describe)*
④ "My **income amounts** are stated below.

(a) My monthly net income *after taxes* are taken out is:  Total income *after taxes* → $ _1309_ 00

(b) The amount I receive each month in public benefits is:  Total amount received → + $ _16_ 00

(c) The amount of income from other people in my household is:*  Total amount received → + $ _0_

(d) The amount I receive each month from other sources is:  Total amount received → + $ _0_

(e) My TOTAL monthly income is  Add all sources of income above→  = $ _1325_ 00
    *List this income only if other members contribute to your household income.*

© TexasLawHelp.org - *Affidavit of Indigency*, February 2014

⑤ About my **dependents**: "The people who depend on me financially are listed below:

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 None | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

⑥ "My **property** includes: Value*

| | |
|---|---|
| Cash | $ 45⁰⁰ |
| Bank accounts, other financial assets (List) | |
| CHASE BANK | $ 65⁰⁰ |
| | $ |
| | $ |
| Vehicles (cars, boats) (List make and year) | |
| | $ |
| | $ |
| | $ |
| Real estate (house or land) (Do not list the house you live in.) | |
| | $ |
| | $ |
| Other property (like jewelry, stocks, etc.) (Describe) | |
| | $ |
| | $ |

Total value of property → = $ 110⁰⁰

*The value is the amount the item would sell for less the amount you still owe on it (if anything).

⑦ "My monthly **expenses** are: Amount

| | |
|---|---|
| Rent/house payments/maintenance | $ 600⁰⁰/mo. |
| Food and household supplies | $ 200⁰⁰ /mo |
| Utilities and telephone | $ 42.⁰⁰ mo. |
| Clothing and laundry | $ 25⁰⁰ /mo |
| Medical and dental expenses | $ 50⁰⁰ |
| Insurance (life, health, auto, etc) | $ |
| School and child care | $ |
| Vehicle payments | $ |
| Gas, bus fare, auto repair | $ 50⁰⁰/mo. |
| Child / spousal support | $ |
| Wages withheld by court order | $ |
| Debt payments | $ 300⁰⁰ |
| Other expenses (Describe) | $ |
| | $ |
| | $ |

Total monthly Expenses → = $

⑧ "My **debts** include: List debt and amount owed. Credit Cards 300⁰⁰/mo.

To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attach another page. ☐

⑨ **"I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."**

⑩ **Your Signature.** You must either: 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.

► _D. Larson_
Your Signature

02/25/2015
Date

State of Texas
County of __Harris__
Print the name of county where this Affidavit is notarized.

Sworn to and subscribed before me today, __2-25-15__, by __Paul Larson__

Notary fills out this section if you are signing in front of a notary.

Notary stamp here:
TONY JERRO
Notary Public, State of Texas
My Commission Expires
November __, 2016

► _____
Notary's Signature

Date

Print name of person who is signing this Affidavit.
NOT the notary's name.

© TexasLawHelp.org - Affidavit of Indigency, February 2014

WR No. 20,644-_____

Ex parte                                                    In the Texas Court

     Paul Larson                                          Criminal Appeals

Cause Nos. 449008-C, 449008-D, 465007-C, & 465007-D                  Austin, Texas

WR 20,644-04, WR 20,644-05, WR 20,644-06, WR 20,644-07, & WR 20644-08

## PETITION FOR WRIT OF ERROR/BILL OF REVIEW

     COMES NOW, Paul Larson, Petitioner (hereafter Larson), bringing before this Honorable Court Larson's Petition for Writ Of Error/ Bill Of Review; and, in support thereof, will show:

### JURISDICTION

A Bill of Review is a:

> "[p]roceeding in equity brought for purpose of reversing or correcting prior judgment of ... court after judgment has become final. *Rogers v. Searle*, Tex.Civ.App., 533 S.W.2d 433, 437. It is in the nature of a writ of error. A "bill of review," or a bill in the nature of a bill of review, are of three classes; those for error appearing on the face of the record, those for newly discovered evidence, and those "for fraud impeaching the original transaction. Such bills are peculiar to courts of equity." Black's Law Dictionary, Fifth Edition, page 151

     Larson brings this Action based on "error appearing on the face of the record" and/or "for fraud impeaching the original transaction." If the entire record of Cause Numbers 449008-C, 449008-D , 465007-C, and 465007-D had been brought before this Honorable Court {due to the restraints on Larson's abilities to copy and/or purchase copies of the District Clerk's files, Larson has no knowledge of what records were forwarded to this Honorable Court), then the fact a subsequent Court Order filed with this Honorable Court from the 263rd District Court, after Larson filed for Mandamus Action, neither referred to nor negated an earlier Order in these Causes which stipulated that there were unresolved issues which were to be decided by the Court, requiring further Findings of Facts and Conclusions of Law (copies attached), then error does appear on the face of the record. However, if, in fact, this allegation (of Fact) is not evident from the face of the Records received from the Harris County District Clerk's Office in these Cause Numbers, the extrinsic fraud has been perpetrated upon the Petitioner and this Honorable court "impeaching the original transaction," i.e., the denial of Larson's Application For Writ Of Habeas Corpus and/or Writ Of Mandamus.

     The State perpetrated further Fraud upon the Petitioner and this Honorable Court by falsely designating the June 12, 2014 Answer "Original," and intentionally mailing Larson's copy to the wrong address, delaying delivery for a month.

## PRAYER FOR RELIEF

Larson PRAYS this Honorable Court GRANT Larson's Bill Of Review, Review the entire Habeas Record, Ordering—if necessary—the Harris County District Clerk's Office to provide both the Honorable Court and the Petitioner the Complete Habeas Corpus Files in the above and Foregoing Trial Court Cause Numbers and, thereafter, GRANTING the Relief origingally PRAYED for in Larson's Applications For Writ Of Habeas Corpus; for thus Doth Petitioner PRAY.

## CERTIFICATE OF SERVICE

Service has been accomplished by mailing a true and correct copy of the foregoing instrument (Bill of Review) to the following address: Honorable Linda Garcia, Assistant District Attorney; 1201 Franklin St., suite 600; Houston, Texas 77002, on this, the 2nd day of March , 2015.

Signed On This The 25th day of February , 2015.

PAUL LARSON, Petitioner Pro Se
9 Bucan Street, #l
Houston, Texas 77076-2451

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this

25th day of February , 2015

My Commission Expires:

TONY JEROD GREEN
Notary Public, State of Texas
My Commission Expires
November 19, 2016

NOTARY PUBLIC
Tony Green



Cause No. 465007-D

EX PARTE                                    §          IN THE 263RD DISTRICT COURT

                                           §          OF

PAUL ALLAN LARSON,                         §          HARRIS COUNTY, TEXAS
   Applicant

## STATE'S MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County,

requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate that the

following issues need to be resolved in the instant proceeding: whether the applicant is being

illegally denied credit for time spent on supervised release and whether the parole board has

unlawfully revoked his supervised release.

Service has been accomplished by mailing a true and correct copy of the foregoing

instrument to the following address:

> Paul Allan Larson
> 9 Bucan Street #1
> Houston, Texas  77076-2451

SIGNED this 12th day of August, 2013.

Respectfully submitted,

Linda Garcia
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-6657
(713) 755-5809 (fax)
Texas Bar I.D. #00787163

Cause No. 465007-C

| | | |
|---|---|---|
| EX PARTE | § | IN THE 263RD DISTRICT COURT |
| | § | OF |
| PAUL ALLAN LARSON, Applicant | § | HARRIS COUNTY, TEXAS |

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding: whether the applicant is being illegally confined pursuant to a parole warrant and whether the parole board has unlawfully imposed conditions on his mandatory release.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED** **NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the State's Proposed Order Designating Issues.**

SIGNED on the _____ day of ___OCT 1 8 2012___, 2012.

_____
PRESIDING JUDGE

FILED
Chris Daniel
District Clerk

OCT 0 9 2012

Time: _____
By _____

Exhibit "A"

**FILED**
Chris Daniel
District Clerk
AUG 12 2013

Cause No. 449008-D

EX PARTE          §        IN THE 263RD DISTRICT COURT

                       §        OF

PAUL ALLAN LARSON,
   Applicant             §        HARRIS COUNTY, TEXAS

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding: whether the applicant is being illegally denied credit for time spent on supervised release and whether the parole board has unlawfully revoked his supervised release.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the
State's Proposed Order Designating Issues.**

SIGNED on the _____ day of _____AUG 11 2013_____, 2013.

_____
PRESIDING JUDGE

EX PARTE § IN THE 263RD DISTRICT COURT

§ OF

PAUL ALLAN LARSON,
Applicant § HARRIS COUNTY, TEXAS

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's petition for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding: whether the applicant is being illegally confined pursuant to a parole warrant and whether the parole board has unlawfully imposed conditions on his mandatory release.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED** **NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the
State's Proposed Order Designating Issues.**

SIGNED on the _____ day of ____OCT 1 8 2012____, 2012.

_____
PRESIDING JUDGE

FILED
Chris Daniel
District Clerk

OCT 0 9 2012

Time: _____
By _____ Deputy

Texas Bar I.D. #00787163

NOTICE: THIS FORM CONTAINS SENSITIVE DATA.

Cause Number: __WR - 20,644 —__

*(The Clerk's office will fill in the Cause Number when you file this form.)*

| | |
|---|---|
| Petitioner/ Plaintiff **PAUL ALLAN LARSON** | In the *(check one)*: |

_____
*(Court Number)*

☐ ~~District~~ Court **of CRIMINAL APPEALS**
☐ County Court at Law
☐ Justice of the Peace

Respondent/ Defendant **STATE of TEXAS** _____ County, Texas
*(County)*

## Affidavit of Indigency
### (Request to Not Pay Court Fees)

Use this form to ask the court not to charge you for court fees. This form is also called an "Affidavit of Inability to Pay Court Costs" or a "Pauper's Oath." You can only use this form if: (1) you get public benefits because you are poor or (2) you can't pay court fees. The information you give on this form must be current, complete, true and correct.

You must either 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form. By signing in front of a notary, you *swear under oath* that the information provided is true and correct. By signing and attaching an "Unsworn Declaration" form, you *declare under penalty of perjury* that the information provided is true and correct.

**You can be prosecuted if you lie on this form.**

The court may or may not approve this request to not pay court fees. The court may order you to answer questions about your finances at a hearing. At that hearing you will have to present evidence to the judge of your income and expenses to prove that you have no ability to pay court fees.

① **The person who signed this affidavit appeared, in person, before me, the undersigned notary, and stated under oath:**

"My name is **PAUL ALLAN LARSON** My phone number is ( **713** ) **697-0287**

"My mailing address is **9 BUCAN ST. # 1 ; HOUSTON, TX. 77076-2451**

"My email address is _____

"I am above the age of eighteen (18) years, and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts, and expenses are described in this form. *Check ALL boxes that apply and fill in the blanks describing the amounts and sources of your income.*

② "I receive these **public benefits**/government entitlements that are based on indigency:

☐ SSI   ☐ WIC   ☒ Food Stamps/SNAP   ☐ TANF   ☐ Medicaid   ☐ CHIP   ☐ AABD
☐ Needs-based VA Pension   ☐ County Assistance, County Health Care, or General Assistance (GA)
☐ LIS in Medicare ("Extra Help")   ☐ Community Care via DADS   ☐ Low-Income Energy Assistance
☐ Emergency Assistance   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ Public Housing   ☒ Other: *(Describe)* **S. S. A. RETIREMENT BENEFITS**

*If you receive any of the above public benefits, attach proof and label it "Exhibit: Proof of Public Benefits"*

③ "My **income sources** are stated below. *(Check all that apply)*

☐ Unemployed since: *(date)* _____ -or-

☐ Wages: I work as a _____ for _____
*Your job title*              *Your employer*

☐ Child/spousal support ☐ My spouse's income or income from another member of my household *(if available)*

☐ Tips, bonuses ☐ Military Housing ☐ Worker's Comp ☐ Disability ☐ Unemployment ☒ Social Security

☐ Retirement/Pension ☐ Dividends, interest, royalties ☐ 2nd job or other income: _____
                                                                     *(describe)*

④ "My **income amounts** are stated below:

| | | |
|---|---|---|
| (a) My monthly net income *after taxes* are taken out is: | Total income *after taxes* → | $ **1309** ⁰⁰ |
| (b) The amount I receive each month in public benefits is: | Total amount received → + | $ **16** ⁰⁰ |
| (c) The amount of income from other people in my household is:* | Total amount received → + | $ **∅** |
| (d) The amount I receive each month from other sources is: | Total amount received → + | $ **∅** |
| (e) My TOTAL monthly income is | Add all sources of income above→ | = $ **1325** ⁰⁰ |

*List this income only if other members contribute to your household income.

Page 1 of 2

© TexasLawHelp.org - *Affidavit of Indigency*, February 2014

⑤ About my *dependents*: "The people who depend on me financially are listed below:

Name ............ Age ........ Relationship to Me

1   None
2   _____
3   _____
4   _____
5   _____
6   _____

⑥ "My **property** includes: | Value*
--- | ---
Cash | $ 45⁰⁰
Bank accounts, other financial assets *(List)* |
CHASE BANK | $ 65⁰⁰
_____ | $
_____ | $
Vehicles (cars, boats) *(List make and year)* |
_____ | $
_____ | $
_____ | $
Real estate (house or land) *(Do not list the house you live in.)* |
_____ | $
_____ | $
Other property (like jewelry, stocks, etc.) *(Describe)* |
_____ | $
_____ | $

Total value of property → = $ 110⁰⁰

*The value is the amount the item would sell for less the amount you still owe on it (if anything).

⑦ "My monthly **expenses** are: | Amount
--- | ---
Rent/house payments/maintenance | $ 600⁰⁰/mo.
Food and household supplies | $ 200⁰⁰/mo
Utilities and telephone | $ 42.⁰⁰/mo.
Clothing and laundry | $ 25⁰⁰/mo
Medical and dental expenses | $ 30⁰⁰
Insurance (life, health, auto, etc) | $
School and child care | $
Vehicle payments | $
Gas, bus fare, auto repair | $ 50⁰⁰/mo.
Child / spousal support | $
Wages withheld by court order | $
Debt payments | $ 300⁰⁰
Other expenses *(Describe)* | $
_____ | $
_____ | $

Total monthly Expenses → = $

⑧ "My **debts** include: *List debt and amount owed.*   Credit Cards 300⁰⁰/mo.

_____

*To list any other facts you want the court to know, such as unusual medical expenses, family emergencies, etc., attach another page to this form and label it "Exhibit: Additional Supporting Facts." Check here if you attach another page.* ☐

⑨ **"I am unable to pay court costs. I verify that the statements made in this affidavit are true and correct."**

⑩ **Your Signature.** *You must either: 1) sign this form in front of a notary public or 2) sign this form and sign and attach a completed "Unsworn Declaration" form.*

► _J. Larson_                          02/25/2015
Your Signature                          Date

State of Texas
County of ___ Harris ___
*Print the name of county where this Affidavit is notarized.*

Sworn to and subscribed before me today, __2-25-15__, by _____
Date

► _____
Notary's Signature

*Notary fills out this section if you are signing in front of a notary.*

TONY _____
Notary Public, State of Texas
My Commission Expires
November ___, 2016

Print name of person who is signing this Affidavit.
NOT the notary's name.

© TexasLawHelp.org - *Affidavit of Indigency*, February 2014

**SOCIAL SECURITY ADMINISTRATION**
GREAT LAKES PROGRAM SERVICE CENTER
PO BOX 8018
CHICAGO IL 60680-8018

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FIRST-CLASS MAIL
PRESORTED
POSTAGE AND FEES PAID
SOCIAL SECURITY
ADMINISTRATION
PERMIT NO. G-11

PAUL A LARSON
PO BOX 524001
HOUSTON TX 77052-4001



Open a *my Social Security* account
SocialSecurity.gov



IMPORTANT SOCIAL SECURITY INFORMATION

www.socialsecurity.gov

Form SSA-4926-SM (1-2015)

CU86899449-1D1106899657

GPO U.S. GOVERNMENT PRINTING OFFICE: 2014-388-518

Printed on recycled paper

LIFT TO OPEN
▼

# Your New Benefit Amount

*100055 1516*

BENEFICIARY'S NAME: PAUL A LARSON

Your Social Security benefits will increase by 1.7 percent in 2015 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food, rent, or energy assistance; bank loans; or for other business. Keep this letter with your important financial records.

## How Much Will I Get And When?

- Your monthly amount (before deductions) is                                   $1,409.00
- The amount we deduct for Medicare medical insurance is                        $0.00
  (If you did not have Medicare as of Nov. 20, 2014,
  or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is              $0.00
  (If you did not elect withholding as of Nov. 1, 2014, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is                 $0.00
  (If you did not elect voluntary tax withholding as of
  Nov. 20, 2014, we show $0.00.)
- After we take any other deductions, you will receive                         $1,309.00
  on or about Jan. 2, 2015.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

You may receive your benefits through direct deposit, a Direct Express® card, or an Electronic Transfer Account. If you still receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org*.

## What If I Have Questions?

Please visit our website at *www.socialsecurity.gov* for more information and a variety of online services. You also can call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m., Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week, early in the month, as well as during the week between Christmas and New Year's Day; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778**. If you are outside the United States, you can contact any U.S. embassy or consulate office. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States and need assistance of any kind, you can visit your local office.

8989 LAKES AT 610 DR
HOUSTON TX

SOCIAL SECURITY ADMINISTRATION  
GREAT LAKES PROGRAM SERVICE CENTER  
600 WEST MADISON ST  
CHICAGO IL 60661-2474  
OFFICIAL BUSINESS  
PENALTY FOR PRIVATE USE, $300

C  
M05  
1

FIRST-CLASS MAIL  
PRESORTED  
POSTAGE AND FEES PAID  
SOCIAL SECURITY  
ADMINISTRATION  
PERMIT NO.G-11

PAUL A LARSON  
PO BOX 524001  
HOUSTON TX 77052-4001



Open a *my Social Security* account  
SocialSecurity.gov

# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

# 2014
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| PAUL A LARSON | 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 |

| Box 3. Benefits Paid in 2014 | Box 4. Benefits Repaid to SSA in 2014 | Box 5. Net Benefits for 2014 *(Box 3 minus Box 4)* |
|---|---|---|
| $16,620.00 | $700.00 | $15,920.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 | |
|---|---|---|---|
| Paid by check or direct deposit | $15,920.00 | Deductions for work or other adjustments | $700.00 |
| Deductions for work or other adjustments | $700.00 | Benefits repaid to SSA in 2014 | $700.00 |
| Total Additions | $16,620.00 | | |
| Benefits for 2014 | $16,620.00 | | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

PAUL A LARSON  
PO BOX 524001  
HOUSTON TX 77052-4001

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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A

Form SSA-1099-SM (1-2015)          DO NOT RETURN THIS FORM TO SSA OR IRS